UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 RAFEE GLADSON,
D-2 IBRAHIM KASHMOLA,

    Defendants.

Case: 5:20-cr-20479
Judge: Levy, Judith E.
MJ: Altman, Kimberly G.
Filed: 10-07-2020 At 01:37 PM
INDI USA V. GLADSON ET AL (DA)

VIOLATIONS:
18 U.S.C. §922(g)(1)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### COUNT ONE
(Felon in Possession of a Firearm
18 U.S.C. § 922(g)(1))

D-1 RAFEE GLADSON
D-2 IBRAHIM KASHMOLA

On or about September 22, 2020, within the Eastern District of Michigan, RAFEE GLADSON and IBRAHIM KASHMOLA, each knowing that they had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a FEG, model GKK45, .45 caliber pistol, said firearm having travelled in or affected interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
(Felon in Possession of Ammunition
18 U.S.C. § 922(g)(1))

D-1 RAFEE GLADSON

On or about September 22, 2020, within the Eastern District of Michigan, RAFEE GLADSON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit: six rounds of Remington, .22 caliber ammunition, said ammunition having travelled in or affected interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
(18 U.S.C. §924(d) and 28 U.S.C. § 2461(c))

1. The allegations contained in Counts One and Two of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations charged in Counts One and Two of this Indictment, defendant, RAFEE GLADSON shall forfeit to the United States any firearm and ammunition involved in the offenses including, but not limited to, a FEG, model GKK45, .45 caliber pistol, and six rounds of Remington, .22 caliber ammunition, pursuant to Title 18, United States Code, Section 924(d)(1) together

with Title 28 United States Code, Section 2461(c).

3. Upon conviction of the violation charged in Count One of this Indictment, defendant, IBRAHIM KASHMOLA shall forfeit to the United States any firearm and ammunition involved in the offense, including but not limited to, a FEG, model GKK45, .45 caliber pistol, pursuant to Title 18 United States Code, Section 924(d)(1) together with Title 28 United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

CRAIG WININGER
Chief, Violent and Organized Crime Unit

s/ *Robert W. VanWert*
ROBERT W. VANWERT
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9776
Robert.vanwert@usdoj.gov
P70957

Dated: October 7, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case C[over Sheet] | Case: 5:20-cr-20479<br>Judge: Levy, Judith E.<br>MJ: Altman, Kimberly G.<br>Filed: 10-07-2020 At 01:37 PM<br>INDI USA V. GLADSON ET AL (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: RV |

**Case Title:** USA v. Rafee Gladson, et. al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – based on prior complaint [Case number 20-MJ-30396]

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

October 7, 2020
Date

Robert W. VanWert
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.VanWert@usdoj.gov
(313) 226-9776
Bar #: P70957

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.